**Order entered October 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00687-CR

**CHRISTOPHER MICHAEL DUCHARME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80054-2018**

## ORDER

Before the Court is Official Court Reporter Sheri J. Vecera's October 8, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before **October 15, 2018**.

/s/     CRAIG STODDART
        JUSTICE